United States District Court
Southern District of Texas
ENTERED
JUL 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 23 1998
Michael N. Milby
Clerk of Court

| | |
|---|---|
| REAGAN MCMILLIN and CAROLE MCMILLIN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. B-98-090 |
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) |

## AGREED ORDER OF REMAND

On this day came on to be considered the Joint Motion to Remand of Plaintiffs Reagan McMillin and Carole McMillin and Defendant Great-West Life & Annuity Insurance Company. The Court, having reviewed the motion, and noting the agreement of the parties, is of the opinion that such motion should be granted.

IT IS THEREFORE ORDERED that this case is remanded back to State Court. Each party shall bear its own costs.

SIGNED this 23 day of July, 1998.

_____
JUDGE PRESIDING

AGREED:

_____
Craig A. Haynes
Attorney for Defendant

_____
Patricia Kelly
Attorney for Plaintiffs